[No. 5674-1. Division One. November 27, 1978.]

*In the Matter of the Paternity of*
SCOTT JEREMY CASE.

GARRY L. TAPP, *Respondent,* v. LINDA JEAN
THUNSTROM, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D-95471, James W. Mifflin, J., entered May
31, 1977. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Andersen, A.C.J., and Dore, J.

[No. 5755-1. Division One. November 27, 1978.]

DICK BUSCHMANN, *Respondent,* v. ANDREW R. HILEN,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 816198, David C. Hunter, J., entered June 20,
1977. *Affirmed* by unpublished opinion per Andersen,
A.C.J., concurred in by Callow and Dore, JJ.

[No. 5819-1. Division One. November 27, 1978.]

THE CITY OF SEATTLE, *Respondent,* v. STUART N.
DONALDSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 819240, Frank J. Eberharter, J., entered July
29, 1977. *Affirmed* by unpublished opinion per Farris, C.J.,
concurred in by James and Swanson, JJ.